Matter of Snape (2025 NY Slip Op 04071)

Matter of Snape

2025 NY Slip Op 04071

Decided on July 3, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 3, 2025

PM-148-25
[*1]In the Matter of Maureen Magner Snape, an Attorney. (Attorney Registration No. 4066593.)

Calendar Date:June 30, 2025

Before:Garry, P.J., Clark, Lynch, Reynolds Fitzgerald and McShan, JJ.

Maureen Magner Snape, Chatham, Massachusetts, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Maureen Magner Snape was admitted to practice by this Court in 2002 and lists a business address in Chatham, Massachusetts with the Office of Court Administration. Snape now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Snape's application.
Upon reading Snape's affidavit sworn to May 22, 2025 and filed May 27, 2025, and upon reading the June 24, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Snape is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Clark, Lynch, Reynolds Fitzgerald and McShan, JJ., concur.
ORDERED that Maureen Magner Snape's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Maureen Magner Snape's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Maureen Magner Snape is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Snape is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Maureen Magner Snape shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.